# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 05-03249 MCF |
| LUIS R DE JESUS ORTIZ | Chapter 13 |
| XXX-XX-6134 | |
| | FILED & ENTERED ON 08/23/2010 |
| Debtor(s) | |

**DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN**

It appears that the debtor is entitled to a discharge.

IT IS ORDERED:

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

In Ponce, Puerto Rico, this 23 day of August, 2010.

*Mildred Cabán*

**MILDRED CABAN FLORES**
U. S. Bankruptcy Judge

cc: All creditors

**SEE THE BACK THIS ORDER FOR IMPORTANT INFORMATION.**

EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain *community property* owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay any damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntary pay any debt that has been discharged.

Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharges if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

<u>Debts that are Not Discharged.</u>

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

   a. Debts that are in the nature of alimony, maintenance, or support;
   a. Debts for most student loans;
   b. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   c. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;
   d. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and
   e. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: irizm              Page 1 of 1              Date Rcvd: Aug 23, 2010
Case: 05-03249                 Form ID: pdf001          Total Noticed: 16

The following entities were noticed by first class mail on Aug 25, 2010.
 db            LUIS R DE JESUS ORTIZ,    HC 01 BOX 9623,    JUANA DIAZ, PR   00795
 smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
 smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR   00902-0192
 smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR   00918
 smg          +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
 cr            ISLAND FINANCE PUERTO RICO INC.,    C/O FORTUNO & FORTUNO FAS,    PO BOX 13665,
               SAN JUAN, PR   00908-3665
2149206        ASSOCIATES FINANCE,    FORTUNO & FORTUNO FAS,    BOX 13665,    SAN JUAN PR 00908-3665
2141142        ASSOCIATES FINANCE,    111 CARR 174 SUITE 2,    MINILLAS INDUSTRIAL PARK,    BAYAMON PR 00959-1910
2141143        CINGULAR WIRELESS,    PO BOX 192830,    SAN JUAN PR 00919-2830
2141145        ISLAND FINANCE PR INC,    PO BOX 195369,    SAN JUAN PR 00919-5369
2141146       +NCO FINANCIAL SYSTEMS PR,    PO BOX 192478,    SAN JUAN PR 00919-2478
2154762       +POPULAR FINANCE INC,    C/O BANCO POPULAR DE PR,    PO BOX 366818,    SAN JUAN PR 00936-6818
2166025        PR ELECTRIC POWER AUTHORITY,    GPO BOX 363928,    SAN JUAN, PR 00936-3928
2141147        SPRINT,    PO BOX 219554,    KANSAS CITY MO 64121-9554

The following entities were noticed by electronic transmission on Aug 23, 2010.
 cr           +E-mail/Text: ebn@vativrecovery.com                            VATIV,
               AGENT FOR PALISADES COLLECTION,    PO BOX 19249,    SUGAR LAND, TX 77496-9249
2141144        E-mail/PDF: CBP@AGFINANCE.COM Aug 23 2010 19:46:53      COMMOLOCO INC,    PO BOX 363769,
               SAN JUAN PR 00936-3769
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2010**         **Signature:**   *Joseph Speetjens*